UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LIETZKE,<br>Plaintiff,<br>v.<br>CITY OF BIRMINGHAM, *et al.*,<br>Defendants. | 1:26-cv-08881-JLT-EPG<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF ALABAMA |

Plaintiff Bill Lietzke, proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). For the reasons explained below, the Court will transfer this case to the United States District Court for the Northern District of Alabama.[1]

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in

> (1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located;
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
> (3) if there is no judicial district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Here, Defendants do not reside in this district, and the claim did not arise in this district. Rather, the claim arose in, and Defendants are located in, Birmingham, Alabama, which is in the

[1] Given the transfer of this case, the Court will not address Plaintiff's pending *in forma pauperis* application, (ECF No. 2), or motion for appointment of counsel, (ECF No. 3).

Northern District of Alabama. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of Alabama.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of Alabama.

IT IS SO ORDERED.

Dated: **October 30, 2026**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE